IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GABRI ANNUN EL ASIR HAGGAI BEY                                                                PLAINTIFF

v.                                      NO. 4:08CV004191 JLH

SUPERIOR PROTECTION, INC.;
MARWIN EDWARDS; BRYAN ASBILL
and SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommended Disposition from United States Magistrate Judge Henry L. Jones, Jr., recommending that plaintiff's motion to proceed *in forma pauperis* be denied and the complaint be dismissed without prejudice. After *de novo* review of the record and the objections filed by the plaintiff, the Proposed Findings and Recommended Disposition are adopted as the findings and disposition of this Court in all respects. Plaintiff's motion for leave to proceed *in forma pauperis* is denied. Document #1. Plaintiff's motion for continuance and rehearing is denied. Document #12. Defendants' motion to dismiss is granted. Document #6. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 20th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE